■ In the Matter of ASHLAND PHARMACY, INC., Appellant, v BRIAN I. WING, Respondent. [650 NYS2d 110] —Order and judgment (one paper), Supreme Court, New York County (Salvador Collazo, J.), entered on or about October 26, 1995, which denied petitioner's application brought pursuant to CPLR article 78 to annul respondent's determination discontinuing its participation as a provider in the New York State Medicaid Program and dismissed the petition, unanimously affirmed, without costs.

The termination of petitioner's provider status was neither arbitrary and capricious nor an abuse of discretion, where an inspection, made in good faith, revealed five violations of proper practices, most significantly, overfilling containers and substitution of drugs without documentation (*see, Matter of HMP Pharmacy Corp. v Perales*, 204 AD2d 639). Further, the penalty was not so disproportionate to the offense as to shock our sense of fairness (*Matter of Pell v Board of Educ.*, 34 NY2d 222, 233), in light of the State's interest in assuring the quality of care to Medicaid recipients. Concur—Sullivan, J. P., Rosenberger, Rubin, Kupferman and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DELVAS, Appellant. [650 NYS2d 529] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about April 8, 1993, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. We have considered the arguments raised in defendant's *pro se* brief and find them to be without merit. Concur—Sullivan, J. P., Rosenberger, Rubin, Kupferman and Williams, JJ.